UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 09-40046-TLH4
                                                CHAPTER 13
JOHN RICHARD POTTORFF
DEBRA C. POTTORFF

             Debtor(s)
_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: DEUTSCHE BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 395688 in the amount of $13.50 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>       /s/Leigh D. Hart or
>       /s/William J. Miller, Jr.
>       OFFICE OF THE CHAPTER 13 TRUSTEE
>       POST OFFICE BOX 646
>       TALLAHASSEE, FL 32302
>       ldhecf@earthlink.net
>       (850) 681-2734 "Telephone"
>       (850) 681-3920 "Facsimile"

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| JOHN RICHARD POTTORFF<br>DEBRA C. POTTORFF<br>9012 ASPEN COURT<br>TALLAHASSEE, FL 32305<br><br>AND<br><br>MARC E. TAPS, ESQ.<br>LEGAL SERVICES OF NORTH FLA.<br>2119 DELTA WAY<br>TALLAHASSEE, FL 32303 | DEUTSCHE BANK<br>GLADSTONE LAW GROUP, P.A.<br>C/O GARY S. BLAKE, ESQ.<br>101 PLAZA REAL SOUTH, SUITE 217<br>BOCA RATON, FL 33432 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>       /s/Leigh D. Hart or
>       /s/William J. Miller, Jr.
>       OFFICE OF CHAPTER 13 TRUSTEE

7/16/2010  8:31 am / CR_213